IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DOUGLAS W. DILL, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:23-CV-1399-G |
| EXPERIAN INFORMATION ) | |
| SOLUTIONS, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| DOUGLAS W. DILL, SR., ) | **CONSOLIDATED WITH** |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:23-CV-1660-G |
| TRANSUNION, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation ("FCR") in this case. The District Judge has made a *de novo* review of those portions of the FCR to which objections were made and has reviewed all

other portions of the FCR for plain error.  The objections are overruled, and the court finds no plain error with respect to the remainder of the FCR.  The court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.  Accordingly, the court **DENIES** the defendants' motion to enforce the parties' settlement agreement (docket entry 56) and **GRANTS IN PART** and **DENIES IN PART** the defendants' motion to keep declarations in support of motion for enforcement of settlement agreement sealed (docket entry 57).

The court further **ORDERS**:

1. The defendants' declarations and other documents filed in support of the motion to enforce the parties' settlement agreement (docket entries 56-1 and 56-2) shall be **SEALED**; and

2. Within 28 days of the date of this order, the defendants shall refile the documents contained in docket entries 56-1 and 56-2 with redactions for the plaintiff's personal identifying information, including redaction *en toto* of credit reports.

**SO ORDERED**.

September 2, 2025.

_____
**A. JOE FISH**
**Senior United States District Judge**