IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DOUGLAS W. DILL, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:23-CV-1399-G |
| EXPERIAN INFORMATION SOLUTIONS, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| DOUGLAS W. DILL, SR., | ) | **CONSOLIDATED WITH** |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:23-CV-1660-G |
| TRANSUNION, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding

none, the court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Accordingly, the court **DENIES** the plaintiff's motion for leave to file amended complaint (docket entry 101).

    **SO ORDERED**.

December 29, 2025.

                                                  */s/ A. Joe Fish*
                                                  **A. JOE FISH**
                                                  **Senior United States District Judge**