IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DOUGLAS W. DILL, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:23-CV-1399-G |
| EXPERIAN INFORMATION | ) | |
| SOLUTIONS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| DOUGLAS W. DILL, SR., | ) | **CONSOLIDATED WITH** |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:23-CV-1660-G |
| TRANSUNION, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a

recommendation in this case.  The District Judge has made a *de novo* review of those

portions of the FCR to which objections were made and has reviewed all other

portions of the FCR for plain error.  The objections are overruled, and the court finds

no plain error with respect to the remainder of the FCR.  The court **ACCEPTS** the

Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, the court **DENIES** the intervenor defendant Douglas Wayne Dill, Sr.'s

motion to dismiss the complaint in intervention of R. Kent Piacenti and the Law

Office of R. Kent Piacenti, PLLC (docket entry 100).

     **SO ORDERED**.

February 26, 2026.

_____
**A. JOE FISH**
**Senior United States District Judge**