IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DOUGLAS W. DILL, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:23-CV-1399-G |
| EXPERIAN INFORMATION SOLUTIONS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| DOUGLAS W. DILL, SR., | ) | **CONSOLIDATED WITH** |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:23-CV-1660-G |
| TRANSUNION, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. The District Judge has made a *de novo* review of those portions of the FCR to which objections were made and has reviewed all other

portions of the FCR for plain error.  The objections are overruled, and the court finds no plain error with respect to the remainder of the FCR.  Accordingly, the court **DENIES** the plaintiff's untimely motion for partial summary judgment (docket entry 132).

    **SO ORDERED**.

February 26, 2026.

                                           */s/ A. Joe Fish*
                                           A. JOE FISH
                                           **Senior United States District Judge**