IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DOUGLAS W. DILL, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:23-CV-1399-G |
| EXPERIAN INFORMATION SOLUTIONS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| DOUGLAS W. DILL, SR., | ) | **CONSOLIDATED WITH** |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:23-CV-1660-G |
| TRANSUNION, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a

recommendation in this case. The District Judge has made a *de novo* review of those

portions of the FCR to which objections were made and has reviewed all other

portions of the FCR for plain error.  The objections are overruled, and the court finds no plain error with respect to the remainder of the FCR.  The court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Accordingly, the court **GRANTS** the defendants' joint motion for summary judgment (docket entry 113) and **DENIES** the plaintiff's motion to defer or deny the defendants' summary judgment motion (docket entry 137).  All other pending motions are **DENIED**.  The court will by separate judgment **DISMISS** the plaintiff's claims with prejudice pursuant to Federal Rule of Civil Procedure 56(a).

     **SO ORDERED**.

April 8, 2026.

A. JOE FISH
**Senior United States District Judge**

- 2 -